1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 CUI YING LIN,                               )
                                               ) No. C 07-3439 JSW
13         Plaintiff,                          )
                                               )
14         v.                                  )
                                               ) **STIPULATION TO EXTEND DATES and**
15 MICHAEL CHERTOFF, Secretary of the         ) **[PROPOSED] ORDER**
   Department of Homeland Security;            )
16 EMILIO GONZALEZ, Director of U.S.          )
   Citizenship and Immigration Services;       )
17 ROSEMARY MELVILLE, District Director       )
   of the San Francisco U.S. Citizenship and   )
18 Immigration Services;                       )
   ROBERT S. MUELLER, III, Director of the    )
19 Federal Bureau of Investigations,          )
                                               )
20         Defendants.                         )
                                               )
21

22     The plaintiff, by and through her attorney of record, and defendants by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

24     1. Plaintiff filed this action on or about June 29, 2007.  The Defendants' response is due on

25 August 31, 2007.

26     2. Pursuant to this Court's June 29, 2007 Order Setting the Case Management Conference, the

27 parties are required to file a joint case management statement on October 12, 2007, and attend a

28 case management conference on October 19, 2007.

Stip. to Extend Dates
C07-3439 JSW                        1

1    3. In order to allow sufficient time for Defendants to consider an alternative resolution to this
2 case and/or Answer and prepare a joint case management statement, the parties hereby respectfully
3 ask this Court to extend the dates in the Court's scheduling order as follows:

4 Last day to file Defendants' Answer:                September 28, 2007

5 Last day to file Joint ADR Certification:           October 26, 2007

6 Last day to file/serve Joint Case Management Statement:  November 9, 2007

7 Case Management Conference:                         November 16, 2007, at 1:30 p.m.

8 Date: August 31, 2007                    Respectfully submitted,

9                                          SCOTT N. SCHOOLS
                                           United States Attorney
10

11                                         _____/s/_____
                                           EDWARD A. OLSEN
12                                         Assistant United States Attorney
                                           Attorneys for Defendants
13

14
                                           _____/s/_____
15 Date: August 31, 2007                   FRANK M. TSE
                                           Attorney for Plaintiff
16

17                            **ORDER**

18    Pursuant to stipulation, IT IS SO ORDERED.

19
Date:                                      _____
20                                         JEFFREY S. WHITE
                                           United States District Judge