SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CUI YING LIN, | ) |
| | ) No. C 07-3439 JSW |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **STIPULATION TO EXTEND DATES and** |
| MICHAEL CHERTOFF, Secretary of the | ) **[PROPOSED] ORDER** |
| Department of Homeland Security; | ) |
| EMILIO GONZALEZ, Director of U.S. | ) |
| Citizenship and Immigration Services; | ) |
| ROSEMARY MELVILLE, District Director | ) |
| of the San Francisco U.S. Citizenship and | ) |
| Immigration Services; | ) |
| ROBERT S. MUELLER, III, Director of the | ) |
| Federal Bureau of Investigations, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The plaintiff, by and through her attorney of record, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about June 29, 2007. The Defendants' response is due on August 31, 2007.

2. Pursuant to this Court's June 29, 2007 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on October 12, 2007, and attend a case management conference on October 19, 2007.

Stip. to Extend Dates
C07-3439 JSW                                          1

1.    3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | September 28, 2007 |
| Last day to file Joint ADR Certification: | October 26, 2007 |
| Last day to file/serve Joint Case Management Statement: | November 9, 2007 |
| Case Management Conference: | November 16, 2007, at 1:30 p.m. |

Date: August 31, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                                              /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

                                              /s/
Date: August 31, 2007              FRANK M. TSE
                                              Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    August 31, 2007             /s/ Jeffrey S. White
                                          JEFFREY S. WHITE
                                          United States District Judge