1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927

7

8  Attorneys for Defendants

9                 UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  CUI YING LIN,                          )
                                           )  No. C 07-3439 JSW
13                 Plaintiff,              )
                                           )
14         v.                              )
                                           )  ANSWER
15  MICHAEL CHERTOFF, Secretary of the     )
    Department of Homeland Security;       )
16  EMILIO GONZALEZ, Director of U.S.      )
    Citizenship and Immigration Services;  )
17  ROSEMARY MELVILLE, District Director   )
    of the San Francisco U.S. Citizenship and )
18  Immigration Services;                  )
    ROBERT S. MUELLER, III, Director of the )
19  Federal Bureau of Investigations,      )
                                           )
20                 Defendants.             )
                                           )
21  ─────────────────────────────────────

22      Defendants hereby submit their answer to Plaintiff's Petition for Hearing on Naturalization

23  Application Under 8 U.S.C. § 1447(b).

24      The initial paragraph consists of plaintiff's description of the litigation, to which no responsive

25  pleading is required.

26                          **PARTIES**

27      1. Defendants admit the allegations in Paragraph One.

28      2. Defendants admit the allegations in Paragraph Two.

ANSWER
C07-3439 JSW                          1

**1**  3. Defendants admit the allegations in Paragraph Three.

**2**  4. Defendants admit the allegations in Paragraph Four.

**3**  5. Defendants admit the allegations in Paragraph Five.

**4**                        **JURISDICTION**

**5**  6. Paragraph Six consists of plaintiff's allegation regarding jurisdiction, to which no

**6** responsive pleading is required; however, to the extent a responsive pleading is deemed necessary,

**7** defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Six.

**8**                           **VENUE**

**9**  7. Paragraph Seven consists of plaintiff's allegations regarding venue, to which no responsive

**10** pleading is required.

**11**                           **FACTS**

**12**  8. Defendants admit the allegations in Paragraph Eight.

**13**  9. Defendants admit that plaintiff made a personal inquiry regarding her naturalization

**14** application; however, Defendants are without sufficient information to either admit or deny

**15** plaintiff's eligibility.

**16**  10. Defendants admit that more than 120 days have passed since the initial interview;

**17** however, Defendants deny the remaining allegations in Paragraph Ten.

**18**                          **PRAYER**

**19**  12. Defendants admit the allegations in Paragraph Twelve.

**20**  13. Paragraph Thirteen consists of plaintiff's prayer for relief, to which no admission or denial

**21** is required; to the extent a responsive pleading is deemed to be required, defendants deny the

**22** allegations in Paragraph Thirteen.

**23**  14. Paragraph Fourteen consists of plaintiff's prayer for relief, to which no admission or denial

**24** is required.

**25**  15. Paragraph Fifteen consists of plaintiff's prayer for relief, to which no admission or denial

**26** is required.

**27**  17. Paragraph Seventeen consists of plaintiff's prayer for relief, to which no admission or

**28** denial is required.

ANSWER
C07-3439 JSW                                        2

1    18.  Paragraph Eighteen consists of plaintiff's prayer for relief, to which no admission or denial

2  is required.

3                          **FIRST AFFIRMATIVE DEFENSE**

4       The court should dismiss the complaint under Fed. R. Civ. P. 12(b)(6) because plaintiff

5  fails to state a claim upon relief may be granted.

6                         **SECOND AFFIRMATIVE DEFENSE**

7       The court should dismiss the complaint under Fed. R. Civ. P. 12(b)(1) for lack of subject

8  matter jurisdiction.

9       WHEREFORE, defendants pray for relief as follows:

10       That judgment be entered for defendants and against plaintiff, dismissing plaintiff's Petition

11  with prejudice; that plaintiff takes nothing; and that the Court grant such further relief as it deems

12  just and proper under the circumstances.

13  Dated: September 28, 2007                    Respectfully submitted,

14                                              SCOTT N. SCHOOLS
                                                United States Attorney
15

16                                                /s/
                                                EDWARD OLSEN
17                                              Assistant United States Attorney
                                                Attorneys for Defendants
18

19

20

21

22

23

24

25

26

27

28

ANSWER
C07-3439 JSW                              3