1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

| | |
|---|---|
| CUI YING LIN, | ) |
|        Plaintiff, | ) No. C 07-3439 JSW |
|        v. | ) |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of U.S. Citizenship and Immigration Services; ROSEMARY MELVILLE, District Director of the San Francisco U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations, | ) **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
|        Defendants. | ) |

22    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

26 adjudicate such application within 30 days of the dismissal of this action.

27    Each of the parties shall bear their own costs and fees.

28 ///

Stipulation to Dismiss
C07-3439 JSW                         1

1 | Date: November 9, 2007                    Respectfully submitted,

2 |                                            SCOTT N. SCHOOLS
                                             United States Attorney
3 |

4 |                                                    /s/
                                            EDWARD A. OLSEN
5 |                                          Assistant United States Attorney
                                             Attorneys for Defendants
6 |

7 |

8 | Date: November 8, 2007                            /s/
                                            FRANK M. TSE
                                             Attorney for Plaintiff
9 |

10 |                              **ORDER**

11 |     Pursuant to stipulation, IT IS SO ORDERED.

12 |
      Date:  November 9, 2007                    _____
13 |                                             JEFFREY S. WHITE
                                                 United States District Judge
14 |

Stipulation to Dismiss
C07-3439 JSW                           2