1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 CUI YING LIN,                          )
                                          ) No. C 07-3439 JSW
13              Plaintiff,                )
                                          )
14         v.                             )
                                          ) **STIPULATION TO DISMISS AND**
15 MICHAEL CHERTOFF, Secretary of the     ) ~~[PROPOSED]~~ **ORDER**
   Department of Homeland Security;       )
16 EMILIO GONZALEZ, Director of U.S.      )
   Citizenship and Immigration Services;  )
17 ROSEMARY MELVILLE, District Director   )
   of the San Francisco U.S. Citizenship and )
18 Immigration Services;                  )
   ROBERT S. MUELLER, III, Director of the )
19 Federal Bureau of Investigations,      )
                                          )
20              Defendants.               )
                                          )
21

22     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

26 adjudicate such application within 30 days of the dismissal of this action.

27     Each of the parties shall bear their own costs and fees.

28 ///

Stipulation to Dismiss
C07-3439 JSW                              1

Date: November 9, 2007                Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants


Date: November 8, 2007                _____/s/_____
FRANK M. TSE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  November 9, 2007               _____
JEFFREY S. WHITE
United States District Judge

Stipulation to Dismiss
C07-3439 JSW                               2